IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |  |
|---|---|---|
| **MARC A. KNIGHT, individually and on behalf of all others similarly situated,** | ) ) ) ) | **Civil Action No.: 2:14-cv-1540-DCN** |
| **Plaintiff,** | ) ) ) | |
| **vs.** | ) ) | |
| **PELLA CORPORATION, an Iowa Corporation,** | ) ) ) | |
| **Defendant.** | ) ) | |

### CONSENT ORDER OF DISMISSAL

This Matter comes before the Court on Motion by Plaintiff, with the consent of the Defendant, to dismiss this case, with each party bearing their own costs. Plaintiff's grounds are that given the age and type of windows in Plaintiff's residence, and one or more factors set forth in Eubank v. Pella Corp., 753 F. 718, 723 (7th Cir. 2014) (which was published after this suit was filed), Plaintiff may not be a suitable class representative.

Therefore, with the consent of the Parties, the within case is dismissed, with each side to bear their own costs.

**AND IT IS SO ORDERED**.

_____
**DAVID C. NORTON**
**UNITED STATES DISTRICT JUDGE**

**September 26, 2014**
**Charleston, South Carolina**